IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 10-31879 |
| TTR Matteson, LLC, | ) | Chapter 11 |
| a Illinois Limited Liability Company, | ) | Judge A. Benjamin Goldgar |
| | ) | |
| debtor/debtor-in-possession. | ) | |

## AMENDED NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the **11th day of May, 2011 at 9:30 a.m.** or as soon thereafter as counsel can be heard, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the room usually occupied by him as courtroom 613 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion of the Law Firm of Crane, Heyman, Simon, Welch & Clar as Debtor's Counsel for Allowance and Payment of Final Compensation and Reimbursement of Expenses**, a copy of which was previously served upon you.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Amended Notice to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the 29th day of April, 2011, before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn St., Suite 873
Chicago, IL 60604

William J. McKenna, Jr.
Geoffrey S. Goodman
Foley & Lardner
321 N. Clark St., #2800
Chicago, IL 600654

ADT Securities
P.O. Box 371967
Pittsburgh, PA 15250

Allegro
21800 S. Cicero Ave.
Matteson, IL

AT&T
P.O. Box 8100
Aurora, IL 60507

Blue Star Energy
DEPT CH 19346
Palatine, IL 60055

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Harold Stuenkel
6120 Sauk Trail
Matteson, IL 60443

Home & Garden
348 Tullamore Terrace
Matteson, IL 60443

Inland Mortgage Capital Corp.
2901 Butterfield Rd.
Oak Brook, IL 60523

Man Financial Inc.
21800 Cicero Ave.
Matteson, IL

Marcella Gallagher
815 Merry Lane
Oak Brook, IL 60523

NICOR
P.O. Box 632
Aurora, IL 60507

Nisen & Elliott LLC
200 W. Adams St., Suite 2500
Chicago, IL 60606

Ron March
905 Augusta Way, Unit 111
Highland Park, IL 60035

Timothy E. Donahue
906 N. Carlyle Ln.
Arlington Heights, IL 60004

Timothy Gallagher
815 Merry Lane
Oak Brook, IL 60523

Village of Matteson
4900 Village Commons
Matteson, IL 60443

West Corp.
d/b/a Nextel Communications
2450 U.S. 12
Spring Grove, IL 60081

TTR Matteson
c/o Timothy Gallagher
815 Merry Lane
Oakbrook, IL 60523

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                                     )
                                           )      Case No. 10-31879
TTR Matteson, LLC,                         )      Chapter 11
a Illinois Limited Liability Company,      )      Judge A. Benjamin Goldgar
                                           )
        debtor/debtor-in-possession.       )

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant: <u>CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtor's Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment:  <u>August 9, 2010</u>

Period for Which Compensation
is Sought:  From: <u>June 15, 2010</u> through <u>March 21, 2011</u>

Amount of Fees Sought: <u>$64,583.50</u>

Amount of Expense
Reimbursement Sought:  <u>$1,770.60</u>

This is a(n):  Interim Application  ___  Final Application <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior
fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
|  | None |  |  |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and
expenses herein is: $50,000.00 (retainer) to be credited against final allowance.

Date: <u>April 18, 2011</u>           Applicant:      Scott R. Clar and the firm
                                                      <u>Crane, Heyman, Simon, Welch & Clar</u>

                                            By: <u>/s/Scott R. Clar</u>
                                                Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 10-31879 |
| TTR Matteson, LLC, | ) | Chapter 11 |
| a Illinois Limited Liability Company, | ) | Judge A. Benjamin Goldgar |
| | ) | |
| debtor/debtor-in-possession. | ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the **10th day of May, 2011 at 9:30 a.m.** or as soon thereafter as counsel can be heard, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the room usually occupied by him as courtroom 613 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion of the Law Firm of Crane, Heyman, Simon, Welch & Clar as Debtor's Counsel for Allowance and Payment of Final Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the 19th day of April, 2011, before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn St., Suite 873
Chicago, IL 60604

William J. McKenna, Jr.
Geoffrey S. Goodman
Foley & Lardner
321 N. Clark St., #2800
Chicago, IL 600654

ADT Securities
P.O. Box 371967
Pittsburgh, PA 15250

Allegro
21800 S. Cicero Ave.
Matteson, IL

AT&T
P.O. Box 8100
Aurora, IL 60507

Blue Star Energy
DEPT CH 19346
Palatine, IL 60055

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Harold Stuenkel
6120 Sauk Trail
Matteson, IL 60443

Home & Garden
348 Tullamore Terrace
Matteson, IL 60443

Inland Mortgage Capital Corp.
2901 Butterfield Rd.
Oak Brook, IL 60523

Man Financial Inc.
21800 Cicero Ave.
Matteson, IL

Marcella Gallagher
815 Merry Lane
Oak Brook, IL 60523

NICOR
P.O. Box 632
Aurora, IL 60507

Nisen & Elliott LLC
200 W. Adams St., Suite 2500
Chicago, IL 60606

Ron March
905 Augusta Way, Unit 111
Highland Park, IL 60035

Timothy E. Donahue
906 N. Carlyle Ln.
Arlington Heights, IL 60004

Timothy Gallagher
815 Merry Lane
Oak Brook, IL 60523

Village of Matteson
4900 Village Commons
Matteson, IL 60443

West Corp.
d/b/a Nextel Communications
2450 U.S. 12
Spring Grove, IL 60081

TTR Matteson
c/o Timothy Gallagher
815 Merry Lane
Oakbrook, IL 60523

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 10-31879 |
| TTR Matteson, LLC, | ) | Chapter 11 |
| a Illinois Limited Liability Company, | ) | Judge A. Benjamin Goldgar |
| | ) | |
| debtor. | ) | |

## MOTION OF THE LAW FIRM OF CRANE, HEYMAN, SIMON, WELCH & CLAR AS DEBTOR'S COUNSEL FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

NOW COMES CRANE, HEYMAN, SIMON, WELCH & CLAR ("CHSWC"), bankruptcy counsel for TTR Matteson, LLC, confirmed debtor herein ("Debtor"), and for its Motion pursuant to Sections 327 and 330 of the Bankruptcy Code for allowance and payment of final compensation and reimbursement of expenses, respectfully states as follows:

**Introduction**

1.      On July 19, 2010, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2.      The Debtor operated its business and managed its financial affairs as debtor- in-possession through and including December 21, 2010, when the Debtor's First Amended Plan of Reorganization ("Plan") was confirmed.   No trustee, examiner or committee of unsecured creditors has been appointed to serve in the Debtor's Chapter 11 case.

-1-

3.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

4.    This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b).

5.    The statutory predicates for the relief requested in this Motion are Sections 327 and 330 of the Bankruptcy Code.

**Relevant Factual Background**

6.    The Debtor is an Illinois limited liability company that is the owner of the following parcels of real property:

A)    Commercial property commonly known as 21800 S. Cicero Avenue, Matteson, Illinois;

B)    A 53 acre vacant land parcel located west of Gateway Drive and east of Highway I-57, Matteson, Illinois; and

C)    A 63 acre vacant land parcel located on Central Avenue and the west side of I-57, Matteson, Illinois (collectively, the "TTR Properties").

7.    The TTR Properties are subject to a first mortgage in favor of Inland Mortgage Capital Corporation ("IMCC") securing a claim in the approximate amount of $12,000,000.  Pursuant to IMCC's loan documents, the promissory note secured by the mortgage came due on or about September 11, 2009.

**Transactions Contemplated by the Debtor's Confirmed Plan**

8.    Pursuant to the Plan, the Debtor committed to a plan of reorganization with IMCC's consent to certain transactions which, when completed, would result in liquidation of Inland's secured debt (the "Plan").

9.      Two (2) specific, immediate transactions were identified in the Plan: (i) a sale of an easement to a cell tower located on the TTR Properties (the "Cell Tower Transaction"); and (ii) a sale of a portion of the commercial building located on the TTR Properties to Menard's for use by a neighboring, existing Menards store location (the "Menards Transaction").

10.     The Debtor closed the Cell Tower Transaction prior to the end of 2010, and approximately $400,000 was paid to IMCC.

11.     The Debtor has recently (on or around March 18, 2011), closed the Menards Transaction resulting in a $2.82 million further reduction of IMCC's secured claim.

**The CHSWC Motion for Final Compensation**

12.     On August 9, 2010, the Debtor employed CHSWC as its bankruptcy counsel. CHSWC has continued to provide services to the Debtor in connection with multiple matters since the Petition Date.

13.     By this Motion, CHSWC requests an allowance of final compensation and reimbursement of expenses in the amounts of $64,583.50 and $1,770.60, respectively, for services rendered during the period commencing July 19, 2010 through and including March 21, 2011, and a direction to the Debtor to pay fees in excess of the pre-petition retainer received by CHSWC, which was $50,000.

## CHSWC BIOGRAPHICAL INFORMATION

14.     CHSWC is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters. The firm is comprised of six (6) members and one (1) associate, all of whom have significant experience and expertise in the law firm's area of concentration. The following is certain biographical information

pertaining to Scott R. Clar, Arthur G. Simon, Jeffrey C. Dan and John H. Redfield, the members and associate of the law firm who have rendered a significant amount of services in this case.

## SCOTT R. CLAR

Scott R. Clar is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been a practicing attorney in the State of Illinois since 1982. He has been primarily responsible for the representation of the Trustee in this case. From January 1985, through September 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September 1986, through December 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC, and became a partner in 1994. His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and various creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar. He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

## ARTHUR G. SIMON

Arthur G. Simon is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been practicing law since 1979 when he graduated from the Loyola University of Chicago, School of Law. Mr. Simon has been admitted to practice law in the

state courts of Illinois, in the United States Courts of Appeals for the Third and Seventh Circuits, and in the United States District Courts for the Northern and Central Districts of Illinois, the Eastern District of Wisconsin and the Northern District of Indiana. He is a member of the Federal Trial Bar.

Beginning in 1981, he became engaged almost exclusively in the practice of bankruptcy and insolvency litigation and has represented virtually every type of party in such matters, including Chapter 7 and Chapter 11 debtors, secured creditors, landlords, trustees, and creditors' committees. His activities have included membership in the Chicago Bar Association Committee on Bankruptcy and Reorganization. He has served as the Editor of the Advance Sheets provided by said Committee. In that capacity, he reported the rulings and opinions of the Bankruptcy Judges in the Northern District of Illinois to the Bankruptcy Committee members of the Chicago Bar Association. He served for several years on the Commercial, Banking and Bankruptcy Section Council of the Illinois State Bar Association for whom he has published several articles, and also served on the General Assembly of that Association.

## JEFFREY C. DAN

Jeffrey C. Dan is a member of the law firm and has been practicing law in the State of Illinois since 1997. He graduated from DePaul University School of Law. He has practiced as a trial attorney in a number of areas of the law including personal injury, domestic relations, criminal law and commercial litigation. Mr. Dan joined the firm in September of 2002 and has been actively involved in all aspects of bankruptcy litigation as well as State Court litigation that arises in insolvency matters. Mr. Dan is admitted to practice in the United States Court of Appeals for the Seventh Circuit and the Third Circuit,

and the United States District Courts for the Northern and Central Districts of Illinois, Northern District of Indiana, and the Eastern District of Wisconsin, and is a member of the Federal Trial Bar.

## JOHN H. REDFIELD

John H. Redfield has been practicing law in the State of Illinois since 1976. He is also licensed to practice law in the Northern District of Illinois, the Eastern District of Wisconsin and the Seventh Circuit Court of Appeals. Mr. Redfield is a certified public accountant and holds a Masters Degree in taxation from DePaul University College of Law. He graduated from law school with honors. He has represented taxpayers before the United States Tax Court and the Internal Revenue Service. He also acted as a tax consultant for corporate, personal and estate tax planning purposes.

Mr. Redfield was a law clerk for a United States Bankruptcy Judge and assisted the Judge in writing legal opinions. He was appointed as trustee by Bankruptcy Judges under the bankruptcy act and served on the panel of trustees after the passage of the bankruptcy code. He was the bankruptcy trustee of Rosen's Bakery, Inc., and Couzens Warehouse, Inc., which were two of his larger trusteeships. He also operated businesses as a trustee under Chapter 11.

Mr. Redfield has concentrated in bankruptcy since 1976 including the representation of debtors in Chapter 7, 11 and 13 cases. He has also represented creditor committees, landlords and secured creditors. Mr. Redfield also has prosecuted and defended numerous preference, fraudulent transfer and dischargeability cases during his legal career including appeals.

In addition, Mr. Redfield has been a speaker for the Practicing Law Institute and has lectured on bankruptcy law before numerous trade organizations.

15.     The hourly rates charged by CHSWC for legal services rendered in this bankruptcy case are as follows:

| Attorney | 2009 Rate | 2010 Rate | 2011 Rate |
|---|---|---|---|
| Eugene Crane ("EC") | $465.00 | $475.00 | $485.00 |
| Arthur G. Simon ("AGS") | $425.00 | $435.00 | $435.00 |
| David K. Welch ("DKW") | $425.00 | $435.00 | $435.00 |
| Scott R. Clar ("SRC") | $425.00 | $435.00 | $435.00 |
| Jeffrey C. Dan ("JCD") | $325.00 | $350.00 | $375.00 |
| John H. Redfield ("JHR") | ---- | $350.00 | $360.00 |

These hourly rates are the customary and usual rates which CHSWC charges clients on matters of this nature.

16.     The total time expended by CHSWC attorneys in connection with this Chapter 11 case during the period  commencing July 15, 2010 through and including March 21, 2011 is as follows:

| Attorney | Hours |
|---|---|
| Eugene Crane ('EC") | 1.3 |
| Glenn R. Heyman ("GRH") | .7 |
| Arthur G. Simon ("AGS") | 12.5 |
| David K. Welch ("DKW") | -0- |
| Scott R. Clar ("SRC") | 110.8 |
| Jeffrey C. Dan ("JCD") | 2.6 |
| John H. Redfield ("JHR") | 25.3 |
| Total: | 153.2 |

## LEGAL SERVICES RENDERED

17.    The legal services rendered by CHSWC, as more fully described in Exhibits A through E, have been divided into the following categories:

A.    **GENERAL ADMINISTRATION**

The legal services rendered in this category include the preparation of motions with respect to administration of the case, including employment motions for CHSWC, motions to employ special counsel, preparation of bankruptcy schedules and statement of financial affairs, attendance of meetings of creditors, as well as the preparation of utility motions for the Debtor and other purely administrative matters.

Total Time Expended:    38.6 hours

| Attorney | Hours | 2010 Rate | Amount |
|---|---|---|---|
| Arthur G. Simon (AGS) | .5 | $435.00 | $  217.50 |
| Glenn R. Heyman (GRH) | .7 | $475.00 | 332.50 |
| Scott R. Clar (SRC) | 30.7 | $435.00 | 13,354.50 |
| Jeffrey C. Dan (JCD) | .2 | $350.00 | 70.00 |
| John H. Redfield (JHR) | 6.3 | $350.00 | 2,205.00 |

| Attorney | Hours | 2011 Rate | Amount |
|---|---|---|---|
| Scott R. Clar (SRC) | .2 | $450.00 | $   90.00 |

|   | **Total** | **38.6** | **$16,269.50** |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

B.    **MATTERS CONCERNING INLAND MORTGAGE CAPITAL CORPORATION AS SECURED CREDITOR**

Legal services in this category relate to matters concerning the negotiation of an agreement to use cash collateral, monitoring of reporting requirements required by IMCC and, ultimately, an agreement with IMCC for a consensual plan of reorganization.

Total Time Expended:    50.7 hours

-8-

| Attorney | Hours | 2010 Rate | Amount |
|----------|-------|-----------|--------|
| Arthur G. Simon (AGS) | 12.0 | $435.00 | $5,220.00 |
| Eugene Crane (EC) | 1.3 | $475.00 | 617.50 |
| Scott R. Clar (SRC) | 23.5 | $435.00 | 10,222.50 |
| Jeffrey C. Dan (JCD) | 2.2 | $350.00 | 770.00 |
| John H. Redfield (JHR) | 10.2 | $350.00 | 3,570.00 |

| Attorney | Hours | 2011 Rate | Amount |
|----------|-------|-----------|--------|
| Scott R. Clar (SRC) | 1.3 | $450.00 | $   585.00 |
| John H. Redfield (JHR) | .2 | $360.00 | 72.00 |

| | | | |
|----------|-------|-----------|--------|
| **Total** | **50.7** | | **$21,057.00** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

C. **MATTERS CONCERNING MENARDS AND CELL TOWER TRANSACTIONS**

Legal services rendered in this category are services rendered by CHSWC reviewing various agreements from a bankruptcy perspective concerning the Menards Transaction and the Cell Tower Transaction as well as communications with special counsel for the Debtor employed for purposes of completing these transactions, the members of the Debtor, and counsel for the purchasing entities.

Total Time Expended:     15.9 hours

| Attorney | Hours | 2010 Rate | Amount |
|----------|-------|-----------|--------|
| Scott R. Clar (SRC) | 12.1 | $435.00 | $5,263.50 |

| Attorney | Hours | 2011 Rate | Amount |
|----------|-------|-----------|--------|
| Scott R. Clar (SRC) | 3.8 | $450.00 | $1,973.50 |

| | | | |
|----------|-------|-----------|--------|
| **Total** | **15.9** | | **$6,973.50** |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

D.    **PLAN AND DISCLOSURE STATEMENT**

The legal services rendered in this category relate to CHSWC's drafting of a plan, disclosure statement, first amended plan and first amended disclosure statement which were confirmed by this Court on December 21, 2010. CHSWC provided services in connection with negotiating the consensual plan with Inland, attending hearings concerning adequacy of the disclosure statement and confirmation of the plan, preparation of a ballot package and other matters concerning confirmation of the plan.

Total Time Expended:    38.9 hours

| Attorney | Hours | 2010 Rate | Amount |
|----------|-------|-----------|--------|
| Scott R. Clar (SRC) | 29.1 | $435.00 | $12,658.50 |
| Jeffrey C. Dan (JCD) | 0.2 | $350.00 | 450.00 |
| John H. Redfield (JHR) | 8.6 | $350.00 | 3,010.00 |

| Attorney | Hours | 2011 Rate | Amount |
|----------|-------|-----------|--------|
| Scott R. Clar (SRC) | 0.2 | $450.00 | $    70.00 |
| **Total** | **38.9** | | **$16,188.50** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

E.    **PREPARATION OF MOTION FOR FINAL COMPENSATION**

CHSWC expended time preparing and filing this Motion.

Total Time Expended:    9.1 hours

| Attorney | Hours | 2011 Rate | Amount |
|----------|-------|-----------|--------|
| Scott R. Clar (SRC) | 9.1 | $450.00 | $4,095.00 |
| **Total** | **9.1** | | **$4,095.00** |

Attached to this Motion as Exhibit "E" is an itemization of the legal services rendered in this category.

## EXPENSES INCURRED

18.     During the course of the representation of the Debtor, CHSWC has incurred necessary expenses for which reimbursement is sought.   The total amount of these expenses for the period commencing July 19, 2010 through and including March 21, 2011 is $1,770.60.   Attached to this motion as **Exhibit F** is an itemization of the expenses incurred.

## CONCLUSION

19.     Other than as provided in Section 504(b) of the Bankruptcy Code, CHSWC has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity.   No promises concerning compensation have been made to CHSWC by any person, firm or entity.

20.     CHSWC asserts that the final compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services.   CHSWC further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

21.     CHSWC asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor in the Cell Tower and Menards Sale.

WHEREFORE, for the foregoing reasons, Scott R. Clar and the law firm of Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, prays for the entry of an order pursuant to Section 330 of the Bankruptcy Code, as follows:

a)     Allowing final compensation and reimbursement of expenses to CHSWC in the amounts of $64,583.50 and $1,770.60, respectively for services provided and

expenses incurred from the period commencing June 15, 2010 through and including March 21, 2011;

      b)    Authorizing and directing payment by the Debtor to CHSWC of the sum of $66,354.10, less the sum of $50,000 received as a pre-petition retainer by CHSWC; and

      c)   Granting such other relief as may be just and equitable.

TTR MATTESON, LLC, an Illinois limited liability company, debtor/debtor-in-possession


By: /s/Scott R. Clar               
     One of its Attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Arthur G. Simon
(Atty. No. 03124481)
Jeffrey C. Dan
(Atty. No. 06242750)
John H. Redfield
(Atty. No. 2298090)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
W:\MJO2\TTR Matteson\Pay CHSWC.mot and NOM.wpd