IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 10-31879 |
| TTR Matteson, LLC, | ) | Chapter 11 |
| a Illinois Limited Liability Company, | ) | Judge A. Benjamin Goldgar |
| | ) | |
| debtor/debtor-in-possession. | ) | |

## AMENDED NOTICE OF MOTION

TO:    ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the **11th day of May, 2011 at 9:30 a.m.** or as soon thereafter as counsel can be heard, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the room usually occupied by him as courtroom 613 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion to Allow Final Compensation to the Law Offices of Timm & Garfinkel, LLC., as special counsel, and for Other Relief**, a copy of which was previously served upon you.

/s/Scott R. Clar_____
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Amended Notice to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the 29th day of April, 2011, before the hour of 5:00 p.m.

/s/Scott R. Clar_____

## SERVICE LIST

Kathryn M. Gleason
United States Trustee
219 South Dearborn St., #873
Chicago, IL 60604

William J. McKenna, Jr.
Foley & Lardner
321 N. Clark St., #2800
Chicago, IL 600654

Theodore R. Timm
Timm & Garfinkel, LLC
770 Lake Cook Road, Suite 150
Deerfield, IL 60015

ADT Securities
P.O. Box 371967
Pittsburgh, PA 15250

Allegro
21800 S. Cicero Ave.
Matteson, IL

AT&T
P.O. Box 8100
Aurora, IL 60507

Blue Star Energy
DEPT CH 19346
Palatine, IL 60055

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Harold Stuenkel
6120 Sauk Trail
Matteson, IL 60443

Home & Garden
348 Tullamore Terrace
Matteson, IL 60443

Man Financial Inc.
21800 Cicero Ave.
Matteson, IL

Marcella Gallagher
815 Merry Lane
Oak Brook, IL 60523

NICOR
P.O. Box 632
Aurora, IL 60507

Nisen & Elliott LLC
200 W. Adams St., Suite 2500
Chicago, IL 60606

Ron March
905 Augusta Way, Unit 111
Highland Park, IL 60035

Timothy E. Donahue
906 N. Carlyle Ln.
Arlington Heights, IL 60004

Village of Matteson
4900 Village Commons
Matteson, IL 60443

West Corp.
d/b/a Nextel Communications
2450 U.S. 12
Spring Grove, IL 60081

TTR Matteson
c/o Timothy Gallagher
815 Merry Lane
Oakbrook, IL 60523

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 10-31879 |
| TTR Matteson, LLC, | ) | Chapter 11 |
| a Illinois Limited Liability Company, | ) | Judge A. Benjamin Goldgar |
| | ) | |
| debtor/debtor-in-possession. | ) | |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: TIMM & GARFINKEL, LLC, Debtor's Special Counsel

Authorized to Provide
Professional Services to: Debtor

Date of Order
Authorizing Employment:   August 9, 2010

Period for Which Compensation
is Sought:  From: July 19, 2010    through March 31, 2011

Amount of Fees Sought: $36,682.36

Amount of Expense
Reimbursement Sought:  $295.56

This is a(n):  Interim Application  ___    Final Application  X
If this is not the first Application filed herein by this professional, disclose as to all prior
fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| | None | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and
expenses herein is: $5,000.00 (retainer) to be credited against final allowance.

Date: April 18, 2011            Applicant:        Scott R. Clar and the firm
                                                  Crane, Heyman, Simon, Welch & Clar


                                        By:  /s/Scott R. Clar
                                              Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 10-31879 |
| TTR Matteson, LLC, | ) | Chapter 11 |
| a Illinois Limited Liability Company, | ) | Judge A. Benjamin Goldgar |
| | ) | |
| debtor/debtor-in-possession. | ) | |

## NOTICE OF MOTION

TO:    ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the **10th day of May, 2011 at 9:30 a.m.** or as soon thereafter as counsel can be heard, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the room usually occupied by him as courtroom 613 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion to Allow Final Compensation to the Law Offices of Timm & Garfinkel, LLC., as special counsel, and for Other Relief**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the19th day of April, 2011, before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

Kathryn M. Gleason
United States Trustee
219 South Dearborn St., #873
Chicago, IL 60604

William J. McKenna, Jr.
Foley & Lardner
321 N. Clark St., #2800
Chicago, IL 600654

Theodore R. Timm
Timm & Garfinkel, LLC
770 Lake Cook Road, Suite 150
Deerfield, IL 60015

ADT Securities
P.O. Box 371967
Pittsburgh, PA 15250

Allegro
21800 S. Cicero Ave.
Matteson, IL

AT&T
P.O. Box 8100
Aurora, IL 60507

Blue Star Energy
DEPT CH 19346
Palatine, IL 60055

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Harold Stuenkel
6120 Sauk Trail
Matteson, IL 60443

Home & Garden
348 Tullamore Terrace
Matteson, IL 60443

Man Financial Inc.
21800 Cicero Ave.
Matteson, IL

Marcella Gallagher
815 Merry Lane
Oak Brook, IL 60523

NICOR
P.O. Box 632
Aurora, IL 60507

Nisen & Elliott LLC
200 W. Adams St., Suite 2500
Chicago, IL 60606

Ron March
905 Augusta Way, Unit 111
Highland Park, IL 60035

Timothy E. Donahue
906 N. Carlyle Ln.
Arlington Heights, IL 60004

Village of Matteson
4900 Village Commons
Matteson, IL 60443

West Corp.
d/b/a Nextel Communications
2450 U.S. 12
Spring Grove, IL 60081

TTR Matteson
c/o Timothy Gallagher
815 Merry Lane
Oakbrook, IL 60523

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 10-31879 |
| TTR Matteson, LLC, | ) | Chapter 11 |
| a Illinois Limited Liability Company, | ) | Judge A. Benjamin Goldgar |
| | ) | |
| debtor. | ) | |

## MOTION OF DEBTOR TO ALLOW FINAL COMPENSATION
## TO THE LAW OFFICES OF TIMM & GARFINKEL, LLC,
## AS SPECIAL COUNSEL AND FOR OTHER RELIEF

NOW COMES TTR Matteson, LLC, an Illinois limited liability company, confirmed debtor herein ("Debtor"), by and through its attorneys, and for its Motion for allowance and payment of final compensation and reimbursement of expenses to Theodore R. Timm and the Law Offices of Timm & Garfinkel, LLC ("T&G"), pursuant to Sections 327 and 330 of the Bankruptcy Code, respectfully states as follows:

## Introduction

1.    On July 19, 2010, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2.    The Debtor is operating its business and managing its financial affairs as debtor in possession. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

3.    The Debtor is an Illinois limited liability company that is the owner of the following parcels of real property:

A)    Commercial property commonly known as 21800 S. Cicero Avenue, Matteson, Illinois;

-1-

B)   A 53 acre vacant land parcel located west of Gateway Drive and east of Highway I-57, Matteson, Illinois; and

C)   A 63 acre vacant land parcel located on Central Avenue and the west side of I-57, Matteson, Illinois (collectively, the "TTR Properties").

4.     On December 23, 2010, this Court entered an Order Approving Debtor's First Amended Disclosure Statement and Confirming Debtor's First Amended Plan of Reorganization ("Plan").   Under the terms of the Plan, the Debtor, pursuant to agreement with the Debtor's secured lender, Inland Mortgage Capital Corporation ("Inland"), committed to a series of transactions, designed to satisfy the secured debt owned to Inland.  Thus far, the Debtor has completed a sale of a cell tower easement, resulting of a pay down of approximately $400,000 to Inland (the "Cell Tower Transaction"), and closed a transaction with Menards, for a sale of a portion of the TTR Properties, which resulted in a pay down of Inland's secured debt of an additional $2.8 million (the "Menards Sale").

5.     On August 9, 2010, the Debtor pursuant to Order entered by this Court, employed T&G as its special counsel for purposes of assisting the Debtor in the Cell Tower Transaction and the Menards Sale.

6.     T&G has provided invaluable services to the Debtor, resulting in the closing of the Cell Tower Transaction and the closing of the Menards Sale.  T&G's services have directly resulted in a pay down of over $3,200,000 of the secured debt owed to Inland.

7.     T&G received a $5,000 retainer after their employment on August 9, 2010.

8.     By this Motion, the Debtor requests an allowance of final compensation and reimbursement of expenses to T&G in the amounts of $36,682.36 and $295.56, respectively, for services rendered during the period July 19, 2010 through and including March 31, 2011, and a direction to the Debtor to pay fees in excess of the retainer.

-2-

9.     T&G is a law firm whose practice encompasses transactional and real estate matters.  The work was performed by Theodore R. Timm and Seth L. Halpern.  The hourly rates charged by T&G for legal services rendered in this bankruptcy case are as follows:

| Attorney | Rate |
|---|---|
| Theodore R. Timm | $295/hour |
| Seth L. Halpern | $275/hour |

This hourly rate is a customary and usual rate which T&G charges clients on matters of this nature.  The total time expended by T&G in connection with this Chapter 11 case during the period July 19, 2010 through and including March 31, 2011, is 72.3 hours as follows:

| Attorney | Hours |
|---|---|
| Seth L. Halpern | 22.10 |
| Theodore R. Timm | 50.20 |

## LEGAL SERVICES RENDERED

10.     The legal services rendered and expenses incurred by T&G, as more fully described in **Exhibits A and B** attached hereto, have been divided into two (2) categories:

A.     Menards Matteson, Illinois - The legal services rendered in this category included negotiation of several agreements concerning the sale of a portion of the Menards Sale, and, as noted previously, resulted in approximately a $2.8 million pay down of the secured debt owed to Inland.  T&G's services have included communications with Menards, counsel for Inland and counsel for the Debtor regarding various approvals needed to conclude the Menards Sale.  T&G also communicated with Menards' counsel concerning parking, relocation of office issues and submissions to the Village of Matteson in order to conclude the Menards Sale.

**Total Hours Expended**                                                        **64.20**

**Total Time Expended**                                                   **$34,275.52**

-3-

B.    Easement for Cell Tower - Legal services in this category relate to meetings, phone calls and multiple communications with American Tower and counsel for Inland, coordinating closing and delivery of documents along with reviewing issues concerning the Cell Tower Agreement. Attached to this Motion as **Exhibit B** is an itemization of the legal services rendered in this category.

**Total Hours Expended**                                              **8.10**

**Total Time Expended**                                        **$2,407.04**

## EXPENSES INCURRED

11.    During the course of the representation of the Debtor, T&C have incurred necessary expenses for which reimbursement is sought.   The total amount of these expenses for the period commencing July 19, 2010 through and including March 31, 2011 is $295.56, as detailed at the conclusion of each of the monthly time entries.

## CONCLUSION

12.    Other than as provided in Section 504(b) of the Bankruptcy Code, T&G has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity.  No promises concerning compensation have been made to T&G by any person, firm or entity.

13.    T&G asserts that the final compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services.  T&G further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

-4-

14.     T&G asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor in the Cell Tower and Menards Sale.

WHEREFORE, for the foregoing reasons, Theodore R. Timm and the Law Offices of Timm & Garfinkel, LLC., special counsel for the Debtor, pray for the entry of an order pursuant to Section 330 of the Bankruptcy Code, as follows:

a)   Allowing final compensation and reimbursement of expenses to T&G in the amounts of $36,682.36 and $295.56, respectively for services provided and expenses incurred from the period commencing July 9, 2010 through and including March 31, 2011;

b)     Authorizing and directing payment by the Debtor to T&G of the sum of $36,997.92, less the sum of $5,000 received as a pre-petition retainer by T&G; and

c)   Granting such other relief as may be just and equitable.

TTR MATTESON, LLC, an Illinois limited liability company, debtor/debtor-in-possession


By: /s/Scott R. Clar_____
One of its Attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
W:\MJO2\TTR Matteson\Pay Timm and Garfinkel Final.mot and NOM.wpd