IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                      )
                                            )   Case No. 10-31879
TTR Matteson, LLC,                          )   Chapter 11
a Illinois Limited Liability Company,       )   Judge A. Benjamin Goldgar
                                            )
     debtor/debtor-in-possession.           )

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 24th day of September, 2012 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in the room usually occupied by him as courtroom 613 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **MOTION FOR FINAL DECREE**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the 19th day of September, 2012, before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn St., Suite 873
Chicago, IL 60604

William J. McKenna, Jr.
Geoffrey Goodman
Foley & Lardner
321 N. Clark St., #2800
Chicago, IL 600654

Michael W. Ott
Matthew V. Wargin
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606

Michael D. Howard
Will R. Tansey
4545 IDS Center
80 S. Eighth St.
Minneapolis, MN 55402

ADT Securities
P.O. Box 371967
Pittsburgh, PA 15250

Allegro
21800 S. Cicero Ave.
Matteson, IL

AT&T
P.O. Box 8100
Aurora, IL 60507

Blue Star Energy
DEPT CH 19346
Palatine, IL 60055

Cook County Treasurer
118 N. Clark
Suite 112
Chicago, IL 60602

Harold Stuenkel
6120 Sauk Trail
Matteson, IL 60443

Home & Garden
348 Tullamore Terrace
Matteson, IL 60443

Law Offices of Timm & Garfinkle
770 Lake Cook Road, Suite 150
Deerfield, IL 60015

Man Financial Inc.
21800 Cicero Ave.
Matteson, IL

Marcella Gallagher
815 Merry Lane
Oak Brook, IL 60523

NICOR
P.O. Box 632
Aurora, IL 60507

Nisen & Elliott LLC
200 W. Adams St., Suite 2500
Chicago, IL 60606

Ron March
905 Augusta Way, Unit 111
Highland Park, IL 60035

Timothy E. Donahue
906 N. Carlyle Ln.
Arlington Heights, IL 60004

Timothy Gallagher
815 Merry Lane
Oak Brook, IL 60523

Village of Matteson
4900 Village Commons
Matteson, IL 60443

West Corp.
d/b/a Nextel Communications
2450 U.S. 12
Spring Grove, IL 60081

Kelly Frank
Auction Services Group, Inc.
2 North LaSalle St., #1100
Chicago, IL 60602

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
 ) Case No. 10-31879
TTR Matteson, LLC, ) Chapter 11
a Illinois Limited Liability Company, ) Judge A. Benjamin Goldgar
 )
    debtor/debtor-in-possession. )

### MOTION FOR FINAL DECREE

Now comes TTR Matteson, LLC, an Illinois limited liability company, confirmed debtor herein ("Debtor"), by its attorneys, Scott R. Clar and the law firm of Crane, Heyman, Simon, Welch & Clar, and in support of his Motion for Entry of Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, respectfully states as follows:

1. On July 19, 2010, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor has operated its business and managed its financial affairs as debtor-in-possession from the Petition Date through and including the date of the entry of the Order confirming the Debtor's Third Amended Plan of Reorganization, which was entered on December 21, 2010. No trustee, examiner or official committee of unsecured creditors was appointed in this reorganization case.

3. The Debtor is an Illinois limited liability company that was the owner of the following parcels of real property:

    Parcel A:    390,740 square foot commercial/industrial building on a 25.73 acre site, commonly known as 21800 S. Cicero Avenue, Matteson, Illinois;

2

    Parcel B:  53 acre vacant lot located west of Gateway Drive and east of I-57, Matteson, Illinois; and

    Parcel C:  63 acre vacant lot located on Central Avenue and the west side of I-57, Matteson, Illinois (collectively, the above parcels are referred to as the "TTR Properties").

4.  The TTR Properties were subject to the secured claim of Inland Mortgage Capital Corporation ("IMCC") in the approximate amount of $9,000,000 (the "IMCC Debt").

5.  The Debtor sold the TTR Properties at auction on June 28, 2012, and closings took place thereafter, with resultant partial pay downs of the IMCC Debt.

6.  The Debtor's Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

7.  The Debtor respectfully requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

8.  The Debtor requests that the five (5) days notice of this Motion, which was given to all creditors be deemed sufficient, and that any further notice requirements be waived.

9.  The only assets of the Debtor were the TTR Properties, and all of the proceeds of the sale of the TTR Properties were paid to IMCC.

WHEREFORE, for the foregoing reasons, TTR Matteson, LLC, an Illinois limited liability company, prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

TTR MATTESON, LLC, debtor

By: /s/Scott R. Clar
One of its attorneys

**DEBTOR'S COUNSEL:**
SCOTT R. CLAR (Atty. No. 06183741)
JOHN H. REDFIELD (Atty. No. 2298090)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
\mjo2\TTR\Final Decree.mot and NOM.wpd

4