UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-31879 |
| TTR MATTESON, LLC, an Illinois Limited Liability Company | ) ) ) ) | Chapter: 11 |
| | ) | Honorable A. Benjamin Goldgar |
| Debtor(s) | ) ) | |

## FINAL DECREE

This matter coming to be heard upon the Debtor's Motion for Entry of Final Decree, the Court having entered an Order Confirming the Debtor's Plan of Reorganization on December 21, 2010, notice of said Motion having been given, no objections to said Motion having been filed or otherwise presented, and the Court being fully advised in the premises:

THE COURT HEREBY FINDS that the Plan of Reorganization has been substantially consummated; and accordingly,

IT IS HEREBY ORDERED that the shortened notice of the Debtor's Motion for Final Decree is deemed sufficient under the circumstances;

IT IS FURTHER ORDERED that a final decree is entered in the Debtor's Chapter 11 case~~; and~~

~~IT IS FURTHER ORDERED that the estate is hereby closed~~.

Enter:

2 4 SEP 2012

Dated:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**

DEBTOR'S COUNSEL:
SCOTT R. CLAR, ESQ.
(Atty No. 06183741)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777

Rev: 201100318_bko